No. 88–1595. KAISER ALUMINUM & CHEMICAL CORP. ET AL. *v.* BONJORNO ET AL.; and

No. 88–1771. BONJORNO ET AL. *v.* KAISER ALUMINUM & CHEMICAL CORP. ET AL. C. A. 3d Cir. [Certiorari granted, 491 U. S. 903.] Motion of respondents/cross-petitioners, Joseph Bonjorno et al., to open oral argument and to present a summary outline of issues for use in determining the order of oral argument denied.

No. 88–1897. MICHIGAN DEPARTMENT OF STATE POLICE ET AL. *v.* SITZ ET AL. Ct. App. Mich. [Certiorari granted, *ante,* p. 806.] Motion of Insurance Institute for Highway Safety et al. for leave to file a brief as *amici curiae* granted.

No. 88–1905. KELLER ET AL. *v.* STATE BAR OF CALIFORNIA ET AL. Sup. Ct. Cal. [Certiorari granted, *ante,* p. 806.] Motion of Trayton L. Lathrop for leave to file a brief as *amicus curiae* granted.

No. 88–2123. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 807.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 89–386. PORT AUTHORITY TRANS-HUDSON CORP. *v.* FEENEY; and PORT AUTHORITY TRANS-HUDSON CORP. *v.* FOSTER. C. A. 2d Cir. [Certiorari granted, *ante,* p. 932.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 89–560. IN RE NORTON. Petition for writ of mandamus and/or prohibition denied.

No. 89–17. PROFESSIONAL CABIN CREW ASSN. ET AL. *v.* NATIONAL MEDIATION BOARD. C. A. D. C. Cir. Certiorari denied.

No. 89–33. BOBBITT *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.